UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| RINA CLOUTIER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION |
| ) | Docket No.: |
| DAGGETT & PARKER, ) | |
| ) | |
| Defendant. ) | |

## COMPLAINT

NOW COMES Plaintiff, RINA CLOUTIER ("Plaintiff"), by her attorneys, LAW OFFICE OF DOUGLAS J. JENNINGS, and hereby alleges the following against DAGGETT & PARKER ("Defendant"):

### Introduction

1. Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq*. ("FDCPA").

### Jurisdiction and Venue

2. Jurisdiction of this court arises pursuant to 15 U.S.C. § 1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy," and 28 U.S.C. § 1367 grants this court supplemental jurisdiction over the state claims contained therein.

3. Defendant conducts business in the state of Maine, and therefore, personal jurisdiction is established.

4. Venue is proper pursuant to 28 U.S.C. § 1391(b)(2).

**Parties**

5. Plaintiff is a natural person residing in Auburn, Androscoggin County, Maine.

6. Plaintiff is a consumer as that term is defined by 15 U.S.C. § 1692a(3), and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by 15 U.S.C. 1692a(5).

7. Defendant is a debt collector as that term is defined by 15 U.S.C. § 1692a(6), and sought to collect a consumer debt from Plaintiff.

8. Defendant is a debt collection law firm located in Portland, Maine.

9. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

**Factual Allegations**

10. Defendant is attempting to collect an alleged debt from Plaintiff.

11. In or around November or December of 2012, Defendant placed collection calls to Plaintiff seeking and demanding payment for an alleged consumer debt.

12. Plaintiff's alleged debt owed arises from transactions on a Barclay credit card used for personal, family, and household purposes.

13. Defendant called Plaintiff's telephone number at 207-784-41XX.

14. In or around November or December of 2012, Defendant called Plaintiff and left a voicemail message on Plaintiff's answering machine. *See* transcribed voicemail message attached hereto as Exhibit A.

15. In the voicemail message, Defendant's representative, failed to meaningfully disclose the nature of the call or state that the call was from a debt collector. *See* Exhibit A.

16.     In the voicemail message, Defendant's representative, directed Plaintiff to call her back at 1-207-773-8084, which is a number that belongs to Defendant.  *See* Exhibit A.

17.     In or around November or December of 2012, Defendant called Plaintiff and left a second voicemail message on Plaintiff's answering machine.  *See* transcribed voicemail message attached hereto as Exhibit B.

18.     In the second voicemail message, Defendant's representative, failed to meaningfully disclose the nature of the call or state that the call was from a debt collector.  *See* Exhibit B.

19.     In the second voicemail message, Defendant's representative, directed Plaintiff to call him back at 1-207-773-8084, which is a number that belongs to Defendant.  *See* Exhibit B.

20.     Defendant is using false, deceptive and misleading means in connection with attempting to collect a debt by not identifying the purpose of its phone calls or that they are an attempt to collect a debt.

## Count I
## Defendant Violated the Fair Debt Collection Practices Act

21.     Defendant violated the FDCPA based on the following:

   a.   Defendant violated §1692e of the FDCPA by using false, deceptive or misleading representation with the collection of the debt.

   b.   Defendant violated §1692e(10) of the FDCPA by using deceptive means in an attempt to collect a debt.

   c.   Defendant violated §1692e(11) of the FDCPA by failing to disclose that the call was from a debt collector.

WHEREFORE, Plaintiff, RINA CLOUTIER, requests that judgment be entered against Defendant, DAGGETT & PARKER for the following:

22. Statutory damages pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. § 1692k,

23. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. § 1692k.

24. Any other relief that this Honorable Court deems appropriate.

case.

Dated: January 31, 2013    RESPECTFULLY SUBMITTED,

LAW OFFICE OF DOUGLAS J. JENNINGS

By: /s/ Douglas F. Jennings
Douglas F. Jennings, Esq.
Law Office of Douglas F. Jennings
One Weston Court, Suite 103B
Augusta, ME 04330
dfjlaw@live.com
207-754-8901
Attorney for Plaintiff, Rina Cloutier

## **VERIFICATION OF COMPLAINT AND CERTIFICATION**

STATE OF MAINE)

        Plaintiff, RINA CLOUTIER, says as follows:

1. I am the Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

        Pursuant to 28 U.S.C. § 1746(2), I, RINA CLOUTIER, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Dated: 12/21/12

_____
RINA CLOUTIER,
Plaintiff