## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| RINA CLOUTIER, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>DAGGETT & PARKER, )<br>)<br>Defendant. ) | Case No. 2:13-cv-00034-NT |

## VOLUNTARY DISMISSAL

RINA CLOUTIER (Plaintiff), by and through the undersigned counsel, and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions-Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, DAGGETT & PARKER. (Defendant), in this case.

Dated: July 30, 2013         RESPECTFULLY SUBMITTED,

                             LAW OFFICE OF DOUGLAS J. JENNINGS


                             By: /s/ Douglas F. Jennings
                             Douglas F. Jennings, Esq.
                             Law Office of Douglas F. Jennings
                             One Weston Court, Suite 103B
                             Augusta, ME 04330
                             dfjlaw@live.com
                             207-754-8901
                             Attorney for Plaintiff, Rina Cloutier

**CERTIFICATE OF SERVICE**

I hereby certify that on July 30, 2013, I electronically filed the foregoing Notice of Voluntary Dismissal with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was electronically submitted to all parties by the Court's CM/ECF system.


By: /s/ Douglas F. Jennings
    Douglas F. Jennings, Esq.
    Attorney for Plaintiff